IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CITY COUNTY, VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER, et al., ) | Case: 1:11-cv-01425 |
| ) | Assigned To : Friedman, Paul L. |
| ) | Assign. Date : 8/5/2011 |
| Defendants. ) | Description: 3-Judge Court |
| ) | |

**FILED**
AUG - 5 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### PLAINTIFF'S UNOPPOSED MOTION TO CONVENE THREE-JUDGE COURT

Plaintiff James City County, through counsel, respectfully moves this Court for entry of an order requesting the convening of a three-judge court. As grounds for this motion, the plaintiff would show unto the Court that:

1. Plaintiff James City County (the "County ") has filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b. Plaintiff's action seeks a declaratory judgment from this Court granting the County an exemption, known as a "bailout", from the special remedial provisions of the Voting Rights Act.

2. A three-judge court is required under Section 4 of the Voting Rights Act: "A district court of three-judges shall be convened to hear and determine the action." See 42 U.S.C. §1973b.

3. A memorandum of points and authorities accompanies this motion, and a proposed order is respectfully submitted for the Court's consideration.

4. Counsel for defendants has advised plaintiff's counsel that defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully prays that this Court will grant this motion and enter the attached order requiring the clerk of this Court to notify the Chief Judge of the United States Court of Appeals for the D.C. Circuit that a three-judge court is required to hear and determine this action.

Respectfully submitted,

**FOR THE JAMES CITY COUNTY:**

*/s/ J. Gerald Hebert*

**J. GERALD HEBERT**
DC Bar No. 447676
Attorney at Law
191 Somervelle Street, #405
Alexandria, Va. 22304
Tel (703) 628-4673
hebert@voterlaw.com
jghebert@comcast.net

**LEO P. ROGERS**
County Attorney
101-C Mounts Bay Road
Williamsburg, VA 23185
(757) 253-6614
VA Bar No. 28906
lprogers@james-city.va.us

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CITY COUNTY, VIRGINIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC HOLDER, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. _____ |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED MOTION TO CONVENE THREE-JUDGE COURT

This memorandum is respectfully submitted in support of the foregoing Unopposed Motion to Convene a Three-judge Court.

## ARGUMENT

Plaintiff James City County has filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b. Plaintiff's action seeks a declaratory judgment from this Court granting the County an exemption, known as a "bailout", from the special remedial provisions of the Voting Rights Act.

A three-judge court is required under Section 4 of the Voting Rights Act: "A district court of three-judges shall be convened to hear and determine the action." See 42 U.S.C. §1973b.

In other cases brought before this Court by jurisdictions under Section 4 of the Voting Rights Act, orders have been entered granting motions to convene three-judge courts, and requesting the convening of a three-judge court. See, *e.g., City of Manassas Park, Virginia v. Holder,* No. 11-0749 (D.D.C. Order entered April 21, 2011); *Rappahannock County, Virginia v. Holder,* No. 11-1123 (D.D.C. Order entered June 20,

2011); *Washington County, Virginia v. Mukasey*, No. 08-1112 (D.D.C., Order entered July 11, 2008); *Page County, Virginia v. Mukasey*, No. 08-1113 (D.D.C., Order entered July 11, 2008); *Middlesex County, Virginia v. Gonzales*, No. 07-1485 (D.D.C., Order entered August 21, 2007); *Augusta County, Virginia v. Gonzales*, No. 05-1885 (D.D.C., Order entered October 7, 2005); *City of Winchester v. Ashcroft*, No. 00-3073 (D.D.C., Order entered February 5, 2001); *Roanoke County, Virginia v. Reno*, No. 00-1949 (D.D.C., Order entered October 26, 2000); *Frederick County, Virginia v. Reno*, No. 99-0941 (D.D.C., Order entered May 10, 1999); and *City of Fairfax, Virginia, v. Reno*, No. 97-2212 (D.D.C., Order entered October 1, 1997). In all of the foregoing cases, three-judge courts have been convened to hear and determine the action.

## **CONCLUSION**

For the reasons set forth above, Plaintiff respectfully urges this Court to grant the unopposed motion to convene a three-judge court. A proposed order is enclosed herewith.

Respectfully submitted,

**FOR THE PLAINTIFF JAMES CITY COUNTY:**

*/s/ J. Gerald Hebert*

**J. GERALD HEBERT**
DC Bar No. 447676
Attorney at Law
191 Somervelle Street, #405
Alexandria, Va. 22304
Tel (703) 628-4673
hebert@voterlaw.com


**LEO P. ROGERS**
County Attorney
101-C Mounts Bay Road
Williamsburg, VA 23185
(757) 253-6614
VA Bar No. 28906
lprogers@james-city.va.us