IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CITY COUNTY, VIRGINIA, a political subdivision of the Commonwealth of Virginia, 101-C Mounts Bay Road, Williamsburg, VA 23185,<br><br>Plaintiff,<br><br>v.<br><br>ERIC HOLDER, Attorney General of the United States of America; THOMAS E. PEREZ, Assistant Attorney General, Civil Rights Division, United States Department of Justice, Washington, DC, 950 Pennsylvania Ave. NW, Washington, D.C. 20530,<br><br>Defendants. | Civil Action No. 1:11-cv-01425<br>Three-Judge Court (PLF-DST-TFH) |

**TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD**

**AND TO:   THE CLERK OF THE COURT**

COMES NOW Robert D. Popper as counsel for the Department of Justice, Civil Rights Division, Voting Section, and hereby enters his appearance herein on behalf of the Defendants Eric H. Holder, Jr., in his official capacity as Attorney General of the United States, and Thomas E. Perez, in his official capacity as Assistant Attorney General of the Civil Rights Division, for purposes of all further proceedings herein.  All further papers, except original process herein, may be served on the undersigned.

1

Respectfully submitted this 4th Day of October, 2011

/s/ Robert Popper

_____
Robert D. Popper
N.Y. Bar No. 2357275
Trial Attorney
Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7294 - NWB
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Robert.Popper@usdoj.gov
Tel: (202) 305-0046
Fax: (202) 307-3961
*Attorney for Defendants Eric H. Holder, Jr., in his official capacity as Attorney General of the United States, and Thomas E. Perez, in his official capacity as Assistant Attorney General of the Civil Rights Division*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF System which will send notification of such filing to counsel for the plaintiffs:

J. Gerald Hebert
191 Somervelle Street, #405
Alexandria, Virginia 22304
Hebert@voterlaw.com

                                /s/ Robert Popper
                                _____
                                Robert Popper
                                Voting Section
                                Civil Rights Division
                                U.S. Department of Justice
                                950 Pennsylvania Avenue, N.W.
                                Washington, D.C. 20530
                                (202) 305-0046