IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CITY COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br>101-C Mounts Bay Road,<br>Williamsburg, VA 23185,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC HOLDER,<br>Attorney General of the<br>United States of America;<br>THOMAS E. PEREZ,<br>Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC,<br><br>    Defendants. | Civil Action No. 1:11-cv-01425<br>Three-Judge Court (PLF-DST-TFH) |

PLAINTIFF'S ADVISORY REGARDING PUBLICATION

On October 3, 2011, the parties to this action submitted a proposed Consent Judgment and Decree that would grant the County a bailout from coverage under the special provisions of the Voting Rights Act. The parties requested that this Court wait thirty (30) days after the filing of the joint motion before approving the Consent Judgment and Decree. During that time, Plaintiff James City County, Virginia ("the County") was given the opportunity to publicize the proposed settlement pursuant to Section 4(a)(4) of the Act, 42 U.S.C. § 1973b(a)(4).

Following the filing of the joint motion, the County publicized the bailout settlement in a number of ways. It published notice of the bailout settlement in a newspaper of general circulation (the *Virginia Gazette*) on October 8, 2011. The County

also posted notice of the bailout settlement in the following locations for the last thirty (30) days: at all entrances and exits in the James City County Office Buildings at the main County Government Center Complex (six buildings); Human Services Building (Social Services); Law Enforcement Center (Police); EOC / Satellite Office; James City County Internet web site; Williamsburg-James City County Courthouse; James City County Library on Croaker Road; Williamsburg Regional Library on N. Boundary Street; in the main offices at all Williamsburg-James City County Schools (an e-mail sent to School Principals by School Superintendent's Office);  U.S. Post Office – James City County Branch on Monticello Avenue; and U.S. Post Office – Williamsburg Branch on N. Boundary Street.  Notices of the bailout settlements for James City County and the City of Williamsburg were also posted by the City of Williamsburg at the following sites: U.S. Post Office on N. Boundary Street; City Library on Scotland Street ; City Department of Human Services; City General Notice Board at the Municipal Building; City's Registrar's Office; and on the City's website.

       Not a single person contacted the County to inquire about the bailout settlement or to request a copy.

       Accordingly, the proposed Consent Judgment and Decree has been publicized pursuant to 42 U.S.C. §1973b(a)(4), and may now be finalized and approved by this three-judge Court.

Respectfully submitted,

  /s/ J. Gerald Hebert_____
J. GERALD HEBERT
D.C. Bar No. 447676
191 Somervelle Street, #405
Alexandria, Virginia 22304
Telephone: (703) 628-4673
hebert@voterlaw.com


LEO P. ROGERS
County Attorney for James City County
101-C Mounts Bay Road
Williamsburg, Virginia 23188
(757) 253-6614
lprogers@james-city.va.us
VA Bar No. 28906

*Counsel for Plaintiff*
*James City County, Virginia*

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ J. Gerald Hebert
J. GERALD HEBERT